[No. 3085–3. Division Three. October 2, 1979.]

SAM MCDONALD, *Respondent,* v. B. B. C. DODGE, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grant County, No. 25856, Fred Van Sickle, J., entered September 14, 1978. *Affirmed* by unpublished opinion per Faris, J. Pro Tem., concurred in by Green, C.J., and Roe, J.

[No. 3068–3. Division Three. October 4, 1979.]

ICE EXPORT CORPORATION, *Respondent,* v. SCHMIDT BROTHERS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 243120, William J. Grant, J., entered September 8, 1978. *Affirmed in part* and *reversed in part* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Roe, J.

[No. 45327–7002–1. Division One. October 8, 1979.]

EDWIN J. PHILLIPS, *Appellant,* v. THE CITY OF BRIER, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 142429, Robert C. Bibb, J., entered January 6, 1978. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams and Ringold, JJ.

[No. 3317–2. Division Two. October 8, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN R. CHRISTENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 6441, Alan R. Hallowell, J., entered January 25, 1978. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Soule, J.